GLR/byk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

RICHARD V. TREAKLE,

           Plaintiff,           CIVIL ACTION

v.           Case No. 06-2289-KHV-GLR

HUBMAN FOUNDATION,
and
TIMONTY L. HUBMAN,

           Defendants.

## ORDER

This matter is presently before the Court on the Motion to Withdraw as Attorney of Record filed by Plaintiff's counsel, James M. Kirkland (doc. 4). Based on the Court's review of the docket, it appears that Plaintiff continues to be represented by Benjamin A. Halpert and Dolly R. Livingston of the law firm Sonnenschein, Nath & Rosenthal, LLP. As Plaintiff continues to be represented by counsel, the Court will grant the motion. James M. Kirkland is hereby withdrawn as counsel for Plaintiff in the above-captioned action.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 1st day of August, 2006.

                    s/ Gerald L. Rushfelt
                    Gerald L. Rushfelt
                    United States Magistrate Judge